UNITED STATES DISTRICT COURT
Southern District of Florida
Miami Division

CASE NO.: 11-23972-CIV-MARTINEZ

DISABILITY ADVOCATES AND COUNSELING
GROUP, INC.,

      Plaintiff,

vs.

690 HOLDING COMPANY, LLC, SUN OF 79TH STREET,
INC. and CITICHECK CHECK CASH SERVICES, LLC
d/b/a Sunoco, 690 NW 79th Street, Miami, Florida,

      Defendants.
_____/

JOINT NOTICE OF SETTLEMENT (AS TO DEFENDANT, SUN OF 79TH
STREET, INC.), AND REQUEST FOR APPROVAL OF STIPULATION
FOR SETTLEMENT AND SUBSEQUENT DISMISSAL OF ACTION
AS TO DEFENDANT, SUN OF 79TH STREET, INC. ONLY

      COME NOW, Plaintiff and Defendant, Sun of 79th Street, Inc. and hereby inform the Court that Plaintiff and Defendant, Sun of 79th Street, Inc. have entered into a Stipulation for Settlement regarding this matter, which Stipulation for Settlement shall remain in their possession. Pursuant to the Stipulation for Settlement, Plaintiff and Defendant, Sun of 79th Street, Inc. jointly move the Court to review the Stipulation for Settlement *in camera*, approve the Stipulation for Settlement and direct Plaintiff and Defendant, Sun of 79th Street, Inc. to comply therewith, dismiss this action as to Defendant, Sun of 79th Street, Inc. only, and retain jurisdiction over this matter for the enforcement of the Stipulation for Settlement.

      WHEREFORE, Plaintiff and Defendant, Sun of 79th Street, Inc. respectfully request the Court to enter the proposed Order submitted simultaneously with this notice based upon the

Stipulation for Settlement entered into herein, a copy of which will be provided to chambers simultaneously herewith for *in camera* review.

**LAW OFFICES OF**
**WILLIAM NICHOLAS CHAROUHIS & ASSOCIATES, PA**
Counsel for Plaintiff

By:   *s / William Nicholas Charouhis*
       William N. Charouhis, Esq.
       Florida Bar No.: 510076
       Suite 1750 • Brickell Bayview Centre
       Eighty Southwest Eighth Street
       Miami, Florida 33130
       Tel.: 786.279.5707
       Fax : 305.377.8416
       wnc@wnclaw.net

Dated:   March 1, 2012


**LAW OFFICES OF DOUGLAS D. STRATTON**
Counsel for Defendant, Sun of 79th Street, Inc.

By:   *s / Douglas D. Stratton*
       Douglas D. Stratton, Esq.
       Florida Bar No.: 240966
       407 Lincoln Road
       Suite SA
       Miami Beach, Florida 33139
       Tel.: 305.672.7772
       Fax.: 305.672.1038

Dated:   March 1, 2012

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that this   1st   day of    March   , 2012 we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to:

Michael Ira Bernstein, Esq.
THE BERNSTEIN LAW FIRM
Attorney for Defendant,
690 Holding Company, LLC
1688 Meridian Avenue
Suite 418
Miami Beach, Florida 33139
michael@miblawofice.com

Joshua Entin, Esq.
ROSEN SWITKES & ENTIN, P.L.
Attorneys for Defendant,
Citicheck Cash Services, LLC
407 Lincoln Road
P.H. SE
Miami Beach, Florida 33139
JEentin@rosenandswitkes.com

Douglas D. Stratton, Esq.
407 Lincoln Road
Suite 2A
Miami Beach, Florida 33139
douglas@srlawfirm.com

By:   *s / William Nicholas Charouhis*
William Nicholas Charouhis, Esq.

W:\Casefile\!M\ADA\ss\AGREED.ORD\Martinez\690 Holding [7680.1][Jt Not Settle - as to Sun of 79th Only][03-01-2012][wnc].wpd