UNITED STATES DISTRICT COURT
Southern District of Florida
Miami Division

CASE NO.: 11-23972-CIV-MARTINEZ

DISABILITY ADVOCATES AND COUNSELING
GROUP, INC.,

    Plaintiff,

vs.

690 HOLDING COMPANY, LLC, SUN OF 79TH STREET,
INC. and CITICHECK CHECK CASH SERVICES, LLC
d/b/a Sunoco, 690 NW 79th Street, Miami, Florida,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL AS TO DEFENDANT SUN OF 79TH STREET, INC

THIS CAUSE came before the Court on Plaintiff and Defendant, Sun of 79th Street, Inc.'s Joint Notice of Settlement, and Request for Approval of Stipulation for Settlement and Subsequent Dismissal of Action as to Defendant, Sun of 79th Street, Inc. Only (D.E. No. 45). It is:

**ORDERED AND ADJUDGED** that:

1.    This matter is dismissed as to Defendant, Sun of 79th Street, Inc. only, with this Court to retain jurisdiction over this matter for the purpose of enforcement of the Stipulation for Settlement.

2.    Defendant, Sun of 79th Street, Inc. shall bear its own attorneys' fees and costs and shall pay Plaintiff's attorneys' fees and costs as agreed between Plaintiff and Defendant, Sun of 79th Street, Inc.

DONE AND ORDERED in Chambers at Miami, Florida, this 6 day of March, 2012.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge McAliley
All Counsel of Record