UNITED STATES DISTRICT COURT
Southern District of Florida
Miami Division

CASE NO.: 11-23972-CIV-MARTINEZ

DISABILITY ADVOCATES AND COUNSELING
GROUP, INC.,

    Plaintiff,

vs.

690 HOLDLING COMPANY, LLC,
SUN OF 79th ST., INC. and
CITICHECK CASH SERVICES, LLC.,
d/b/a Sunoco, 690 NW 79th Street,
Miami, Florida,

    Defendants.
_____/

## RENEWED JOINT STIPULATION FOR DISMISSAL OF ACTION AS TO 690 HOLDLING COMPANY, LLC ONLY, AND AS TO 690 HOLDING'S CROSS CLAIM AND THIRD PARTY COMPLAINT

Plaintiff and Defendant, **690 HOLDLING COMPANY, LLC** by and through undersigned counsel, and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and the Court's Order Striking Joint Stipulation for Dismissal of Action as to 690 Holding Company LLC [DE 52], hereby stipulate to the dismissal of Plaintiff's action as to Defendant 690 Holding Company, LLC only, without prejudice, with each of these parties bearing their own attorneys' fees and costs with respect to each other.

Defendant, **690 HOLDLING COMPANY, LLC** also hereby stipulates to the dismissal of its Cross Claim and Third Party Complaint [DE 13].

| | |
|---|---|
| **THE LAW OFFICES OF** | **THE BERNSTEIN LAW FIRM** |
| **WILLIAM NICHOLAS CHAROUHIS & ASSOCIATES, PA** | Attorneys for 690 Holding Company, LLC |
| Attorneys for Plaintiff | |
| By: _s / William Nicholas Charouhis_ | By: _s / Michael I. Bernstein_ |
| William Nicholas Charouhis, Esq. | Michael I. Bernstein, Esq. |
| Florida Bar No. 510076 | Florida Bar No. 0546208 |
| Suite 2800 Brickell Bayview Centre | 1688 Meridian Avenue |
| Eighty Southwest Eighth Street | Suite 418 |
| Miami, Florida 33130 | Miami Beach, Florida 33139 |
| Telephone: 786.279.5707 | Telephone: 305.672.9544 |
| Facsimile: 305.377.8416 | Facsimile: 305.672.4572 |

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that this 5th day of July, 2012 we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to:

Joshua M. Entin, Esq.
Rosen Switkes & Entin, P.L.
407 Lincoln Road
P.H. SE
Miami Beach, Florida 33139

Douglas D. Stratton, Esq.
407 Lincoln Road
Suite 2A
Miami Beach, Florida 33139
douglas@srlawfirm.com

By: _Michael I. Bernstein_
    Michael I. Bernstein, Esq.

W:\Casefile\!M\ADA\Motions\Dismiss\Joint\690 Holding [7680][2 - re 690 Holding][06-01-2012][wnc].wpd

LAW OFFICES OF WILLIAM NICHOLAS CHAROUHIS & ASSOCIATES, PA
SUITE 1750 · BRICKELL BAYVIEW CENTRE · EIGHTY SOUTHWEST EIGHTH STREET · MIAMI, FLORIDA 33130 · TEL.: 305.979.8700 · FAX: 305.377.8416
LAW OFFICES OF WILLIAM N. CHAROUHIS & ASSOCIATES, P.A.
SUITE 1200 · ALFRED I. DUPONT BUILDING · 169 EAST FLAGLER STREET · MIAMI, FLORIDA 33131 · TEL.: (305) 372-1212 · FAX: (305) 372-1250