UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-23972-CIV-ROSENBAUM

DISABILITY ADVOCATES AND
COUNSELING GROUP, INC.,

v.

690 HOLDING CO., INC., *et al.*,

                Defendants.

_____/

### ORDER REQUIRING STATUS REPORT

This matter is before the Court upon an independent review of the docket. After review of the record, the Court notes that various parties have entered into certain stipulations of dismissal. *See, e.g.,* D.E. 50; D.E. 55. However, it is not clear which, if any, claims still remain. Accordingly, it is hereby **ORDERED** that by **Friday, July 13, 2012**, the parties shall file a joint status report identifying all parties, claims, third-party claims, and cross-claims that they contend remain following the stipulations of dismissal.

**DONE and ORDERED** this 5th day of July 2012.

                                                  ROBIN S. ROSENBAUM
                                                  UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record