UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-23972-CIV-ROSENBAUM

DISABILITY ADVOCATES
AND COUNSELING GROUP, INC.,

    Plaintiff,
vs.

690 HOLDING COMPANY, LLC, et al.,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL

This matter is before the Court upon the parties' Joint Status Report. [D.E. 58]. In this filing, the parties stipulate to the dismissal with prejudice of this case pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P. The Joint Status Report was filed and signed by counsel for all parties in response to an Order Requiring Status Report. [D.E.56]. Upon consideration, it is hereby **ORDERED and ADJUDGED** that the parties' Joint Status Report [D.E. 58] is approved and adopted, and the above-styled case is hereby **DISMISSED WITH PREJUDICE**. To the extent not otherwise disposed of, all pending motions are hereby **DENIED AS MOOT**. The Clerk is directed to **CLOSE** this matter.

    **DONE and ORDERED** in Fort Lauderdale, Florida, this 18th day of July 2012.

                                              ROBIN S. ROSENBAUM
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of record